Decided December 7, 1999

JOSEPH MARSHALL *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 902 (AC 18811), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Brian W. Prucker*, in support of the petition.

*Kristen L. Frazier*, in opposition.

Decided December 7, 1999